NICHOLAS A. TRUTANICH
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-111-APG-DJA-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| DONTAVIA JONES | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Samira A. Barlow</u>, Senior U.S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 29th day of July, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By ___/S/_____.
TRAVIS LEVERETT
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. DONTAVIA JONES                                   Docket No 2:20-CR-111-APG-DJA-1

Petition for Action on Conditions of Pretrial Release

      COMES NOW SAMIRA A. BARLOW, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Dontavia Jones. The defendant initially appeared on June 30, 2020, before U.S. Magistrate Judge Daniel J. Albregts and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
6. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
7. The defendant shall pay all or part of the cost of the testing program based upon his ability to pay as Pretrial Services or the supervising officer determines.
8. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
9. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
10. 10. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On July 8, 2020, the defendant was alleged to have committed an assault with a deadly weapon (felony) and domestic battery (misdemeanor) and the Henderson Policy Department is awaiting a warrant.
2. On July 11, 2020, the defendant failed to report for drug testing.
3. On July 19, 2020, the defendant failed to report for drug testing.
4. On July 21, 2020, the defendant failed to report for drug testing.
5. On July 23, 2020, the defendant failed to report for drug testing.
6. On July 23, 2020, the defendant failed to report to Pretrial Services and his whereabouts are unknown.
7. On July 23, 2020, the defendant failed to maintain residence.
8. On July 23, 2020, the defendant was charged with assault with a deadly weapon and a warrant has been issued.
9. On July 27, 2020, the defendant failed to report for drug testing.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 29th day of July, 2020 and ordered filed and made a part of the records in the above case.

Honorable Daniel J. Albregts
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 29th day of July, 2020.

Respectfully Submitted,

Samira Barlow
Senior U.S. Pretrial Services Officer
Place: Las Vegas, Nevada