1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9   | UNITED STATES OF AMERICA,

10  |          Plaintiff,

11  | v.

12  | DONTAVIA JONES,

13  |          Defendant.

2:20-CR-111-APG-DJA

**Preliminary Order of Forfeiture**

14   This Court finds that defendant Dontavia Jones pled guilty to Counts One and Two

15  of a Two-Count Superseding Criminal Information charging him with felon in possession of

16  a firearm in violation of 18 U.S.C. § 922(g)(1). Superseding Criminal Information, ECF No.

17  46; Plea Agreement, ECF No. 47; Arraignment & Plea, ECF No. 49.

18   This Court finds Dontavia Jones agreed to the forfeiture of the property set forth in

19  the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information

20  Superseding Criminal Information, ECF No. 46; Plea Agreement, ECF No. 47;

21  Arraignment & Plea, ECF No. 49.

22   This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United

23  States of America has shown the requisite nexus between property set forth in the Plea

24  Agreement and the Forfeiture Allegation of the Superseding Criminal Information and the

25  offenses to which Dontavia Jones pled guilty.

26   The following property is any firearm or ammunition involved in or used in any

27  knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture pursuant to 18 U.S.C.

28  § 924(d)(1) with 28 U.S.C. § 2461(c):

1.  a Glock 43X handgun bearing serial number BMGU327;

2.  a Smith & Wesson model M & P 9C, 9mm, bearing serial number MPX2702; and

3.  any and all ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Dontavia Jones in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if the value of the property is less than $1,000, the government may serve every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____October 5, 2021_____, 2021.


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3